IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHAD ALLEN BEERS, | ) | Case No: 4:02CV3268 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #14, labeled S14, be returned to Kevin J. Slimp, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 24th day of May, 2006.

BY THE COURT

s/ Richard G. Kopf
United States District Judge